■ PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH RESPASS, Also Known as KENNETH REPASS, v NEW YORK STATE BOARD OF PAROLE et al. [604 NYS2d 698] —Appeal withdrawn. Concur—Murphy, P. J., Sullivan, Carro, Rosenberger and Ellerin, JJ. [The unpublished order of this Court entered on Sept. 30, 1993 (M-5297) is recalled and vacated.]